IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ARMSTRONG, ET AL. #426223, | § § | |
| PLAINTIFFS, | § § | |
| V. | § | CIVIL CASE NO. 3:24-CV-155-K-BK |
| | § § | |
| SHERIFF OF ELLIS COUNTY, ET AL., | § | |
| DEFENDANTS. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED.

Signed February 27th, 2024.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE